```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


JIMMY GOLLIDAY,                      )
                                     )
              Petitioner,            )
                                     )
         vs.                         )    No. 4:07CV876-DJS
                                     )
TROY STEELE,                         )
                                     )
              Respondent.            )
```

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #13] is accepted and adopted.


Dated this ___26th___ day of September, 2007.


                                   /s/Donald J. Stohr
                                   UNITED STATES DISTRICT JUDGE